WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Gagan,<br><br>             Plaintiff,<br><br>   v.<br><br>James A Monroe, et al.,<br><br>             Defendants. | No. CV-13-01113-PHX-RCB<br><br>**O R D E R** |

Currently pending before the court is a motion for an extension of time in which to file an answer filed by defendant James Monroe *pro se* on October 9, 2013, prior to his retention of counsel. See Mot. (Doc. 18). Also pending is defendant Monroe's motion for a stay of discovery filed by his attorney on November 11, 2013 (Doc. 29), in which six of the other defendants expressly join (Doc. 30).

Plaintiff Gagan has not responded to either motion, and the time to do so has passed.[1] More significantly for present purposes, however, is this court's recent granting of defendant Monroe's "Motion to Transfer; Motion to Suspend Deadlines and Motion for a Protective Order[.]" See Ord. (Doc. 33). [2] The effect of granting that motion was,

---

[1] LRCiv 7.2(c) gives the opposing party 14 days after service in which to serve and file any responsive memorandum. Moreover, a party's failure to file and serve the required answering memoranda "may be deemed a consent to the . . . granting of the motion[.]" See LRCiv 7.2(i).

[2] Defendant Monroe's pending motion for a stay includes a request for judicial notice, which his prior motion did not. That request does not pertain to the present action, however, but rather to the motion to dismiss for lack of subject matter jurisdiction filed in the closely related action, Gagan v. Monroe, No. CV-99-01427-PHX-RCB ("Gagan I"). That request does not alter the fact that defendant

1  as defendant Monroe sought, to "suspend[] all deadlines, including the Answer
2  deadline[];" and to preclude "any and all discovery, including depositions, until such time
3  as the Motion to Dismiss [in Gagan I] is fully litigated." See Mot. (Doc. 20) at 1:21-24.
4  Because defendant Monroe has already received the relief which he is seeking in his
5  motion for an extension of time to file an answer (Doc. 18) and in his motion for a stay
6  (Doc. 29), those two motions are moot. Accordingly, the court hereby **ORDERS** that
7  defendant Monroe's Motion for Extension of Time to File Answer (Doc. 18) and his
8  Motion for a Stay (Doc. 29) are **DENIED**.[3]

9  Dated this 9th day of December, 2013.

_____
Robert C. Broomfield
Senior United States District Judge

---

Monroe's current motion for a stay is moot.

[3] To the extent necessary, the court will address defendant Monroe's nearly identical motion for a stay filed in Gagan I, in conjunction with his motion to dismiss also filed therein.

- 2 -